JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 12-6460 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Eddie Lee Rhyne, aka | |
| Eddie L. Rhyne, Jr., | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Eddie Lee Rhyne, aka Eddie L. Rhyne, Jr., in the principal amount of $1,906.36 plus interest accrued to August 22, 2012, in the sum of $3,702.91; with interest accruing thereafter at 10% annually until entry of judgment, administration costs in the amount of $6.19, for a total amount of $**5,615.46**.

DATED:  8/30/2012          By: TERRY NAFISI
                                Clerk of the Court

                                L. RAYFORD
                                Deputy Clerk
                                United States District Court