```
JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>Eddie Lee Rhyne, aka<br><br>Eddie L. Rhyne, Jr.,<br><br>             Defendant | No. CV 12-6460<br><br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Eddie Lee Rhyne, aka Eddie L. Rhyne, Jr., in the principal amount of $1,906.36 plus interest accrued to August 22, 2012, in the sum of $3,702.91; with interest accruing thereafter at 10% annually until entry of judgment, administration costs in the amount of $6.19, for a total amount of $**5,615.46**.

DATED:   8/30/2012             By: TERRY NAFISI
                                   Clerk of the Court

                                   L. RAYFORD
                                   Deputy Clerk
                                   United States District Court